IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (470) 257-8156 | No. 20-mj-2300 |

**UNITED STATES' MOTION TO UNSEAL**

The United States of America, by its attorneys Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Amanda J. Klopf, Assistant United States Attorney, requests that this Court unseal all the documents filed in this case.

In February of 2020, Magistrate Judge Frensley was presented with an affidavit in support of an application seeking a warrant. Judge Frensley granted the application and issued a warrant in this case. Those documents were sealed at the time of their execution because they related to an ongoing investigation. The targets have been indicted and the United States wants to disclose the affidavit and warrant in discovery.

                                                           Respectfully submitted,
                                                           DONALD Q. COCHRAN
                                                           UNITED STATES ATTORNEY

                                                           By: /s/ *Amanda J. Klopf*
                                                           Amanda J. Klopf
                                                           Assistant United States Attorney
                                                           110 9th Avenue South - Suite A-961
                                                           Nashville, Tennessee 37203
                                                           Telephone: (615) 736-5151